UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY ACHORS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-02052-SEB-MPB ) |
| FCA US, LLC doing business as KOKOMO TRANSMISSION PLANT, | ) ) ) ) |
| Defendant. | ) ) |

**MAGISTRATE JUDGE'S ORDER ON
SHOW CAUSE HEARING HELD
APRIL 11, 2017**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, at 2:00 p.m. (EST), on April 11, 2017, for a Show Cause Hearing. Plaintiff appeared in person and by counsel, Paul Logan. Non-party, Yvonne Dean, failed to appear as ordered.

Accordingly, the Court will issue a writ of body attachment by separate order to compel Ms. Dean's presence before the Court. This action disposes of Plaintiff's Motion for Sanctions [Dkt No. 46]. However, Plaintiff is GRANTED leave to refile the motion should circumstances dictate.

**Dated:** April 11, 2017

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

Service will be made electronically on all ECF-registered counsel of record.