UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY ACHORS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 1:15-cv-2052-SEB-MPB |
| | ) |
| FCA US, LLC d/b/a | ) |
| KOKOMO TRANSMISSION PLANT, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RENEWED MOTION FOR SANCTIONS AGAINST YVONNE DEAN FOR EVADING SERVICE AND NON-COMPLIANCE WITH SUBPOENA

Plaintiff, Kimberly Achors, by counsel, moves that the Court order Yvonne Dean to pay Plaintiff's fees and costs for her attempts to evade service and non-compliance with subpoenas served upon her, and in support states:

1. Yvonne Dean did not appear for depositions for which she was subpoenaed on four occasions from December 2, 2016 to March 10, 2017, and also failed to appear for the show cause hearing on April 12, 2017. [ECF No. 42 (*Motion for Order to Appear...*, ¶¶ 1-6); No. 58 (*Magistrate Judge's Entry on Show Cause Hearing...*)].

2. Moreover, it appears that Dean sought to evade service on at least three occasions. [ECF No. 42 at ¶ 2, 42-3 (certified mailing refused, states "does not live here"); *Id.* at ¶ 3, 42-5 (occupants didn't answer door when apparently home on five occasions); No. 46 at ¶ 3 (daughter stated mother not home after process server saw her enter the residence).

3. As a result of Dean's non-appearance for deposition, Plaintiff filed her *Motion for an Order to Appear for Deposition, Civil Contempt and Sanctions...* on February 17, 2017, and

sent a copy to Dean by regular mail [ECF No. 42 (See certificate of service)].

4.  In its February 24, 2017 *Order,* this Court recited Plaintiff's attempted and actual service of subpoenas upon Dean's and Dean's non-compliance with those subpoenas, and denied Plaintiff's requests for a finding of contempt and reasonable attorney's fees *without prejudice* to renewal if Dean failed to comply its order that she appear for the rescheduled deposition on March 10, 2017. [ECF No. 43].

5.  Dean failed to appear for the March 10, 2017 deposition, despite this Court's February 24, 2017 order. [ECF No. 46 at ¶ 4]. Therefore, Plaintiff filed her *Renewed Motion for an Order to Appear at Deposition, Civil Contempt and Sanctions Against Yvonne Dean ...* on March 20, 2017. [ECF No. 46].

6.  On March 29, 2017, this Court ordered that Dean appear at a show cause hearing on April 11, 2017, which was served upon Dean on April 7. [ECF Nos. 52, 54].

7.  Dean failed to appear at the show cause hearing on April 11, 2017, resulting in the Court's issuance of a body attachment. [ECF No. 56]. The Court granted Plaintiff leave to refile her motion for sanctions. *Id.* This Court's writ indicated that Dean was in contempt of the Court's previous orders. [ECF No. 57].

8.  On April 12, 2017, Dean appeared pursuant to the writ executed by the U.S. Marshall. Plaintiff was able to conduct the deposition of Ms. Dean immediately after the hearing. [ECF No. 58]. The Court again granted Plaintiff leave to renew her request for sanctions in the form of reasonable attorney's fees. *Id.*

9.  As a result of Dean non-compliance with subpoenas for her to appear for deposition and the Court's *Show Cause Order,* Plaintiff incurred attorney's fees and costs

necessary to prepare and file two motions with the Court, retain and communicate with process servers regarding service of subpoenas and orders, create records of Dean's non-appearance for deposition on three occasions, and appear at two hearings.

10. As set out in the attached Affidavit of Paul A. Logan, he has billed 22.3 hours at a rate of $400 per hour due to Ms. Dean's non-compliance with subpoenas and the Court's *Show Cause Order,* for fees totaling $8,985.00. Plaintiff has incurred costs of $448.40 in costs necessitated by Dean's failure to comply with subpoenas for her attendance at deposition. (Afft., ¶¶ 9-14).

11. In a civil contempt proceeding, the sanction imposed by the Court can be compensatory and/or coercive in nature. *United States v. United Mine Workers of America*, 330 U.S. 258, 304 (1947); *In re Chase & Sanborn Corp.*, 872 F.2d 397, 401 (Fed. Cir. 1989). A civil contempt penalty which is compensatory in nature is awarded to the party injured by the contempt. *Id*. A civil contempt penalty which is coercive in nature is payable to the Court. *See Chase & Sanborn*, 872 F.2d at 401; *Susie J. Alexander, et. al. v. Chicago Park District*, 1990 U.S. Dist. LEXIS 4299, *2 (N. D. Ill. 1990). "'[A] court may, at its discretion, order reimbursement of the complainant as part of the civil relief, of the party's fees and expenses incurred in bringing the violation to the court's attention.'" *South Suburban Housing Center v. Berry*, 186 F.3d 851, 855 (7th Cir. 1999)(quoting *Commodity Futures Trading Commission v. Premex, Inc.*, 655 F.2d 779, 785 (7th Cir. 1981).

12. Under the circumstances and pursuant to the Agreement by and between Defendant and Plaintiff, Plaintiff respectfully requests that the Court order Defendant to issue payment in the amount of $8,985 to Plaintiff for the reasonable attorney's fees incurred by her in

seeking to obtain Ms. Dean's deposition despite her non-compliance with subpoenas.

WHEREFORE, Plaintiff, by counsel, respectfully requests that the Court issue an order and awarding sanctions against Yvonne Dean for her non-compliance with subpoenas and this Court's *Order to Show Cause*, by ordering Dean to pay Plaintiff $8,985 in attorney's fees and $448.40 in costs, for total sanctions of $9,433.40.

Respectfully Submitted,

*/s/Paul A. Logan*
John H. Haskin
Paul A. Logan
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street
Indianapolis, Indiana 46204
(317) 955-9500

Attorneys for Plaintiff, Kimberly Achors

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following counsel for Defendant on this 27th day of April, 2017, via the Court's electronic filing system:

Michael W. Padgett    padgettm@jacksonlewis.com
Melissa K. Taft       melissa.taft@jacksonlewis.com
Jackson Lewis P.C.

I also certify that a true and accurate copy of the foregoing has been sent to a process server for service upon Yvonne Dean at 612 West 6th Street, Marion IN 46953.

*s/ Paul A. Logan*
Paul A. Logan